**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jose Anseimo RAMIREZ, also known**
**as Moza, Defendant–Appellant.**

**No. 15–10059**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Sept. 15, 2015.

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee,

Kevin Joel Page, Jerry Van Beard, Esq., Assistant Federal Public, Defender, Federal Public Defender's Office, Dallas, TX, Jose Anseimo Ramirez, Texarkana, TX, pro se.

Before JOLLY, DENNIS, and PRADO, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Jose Anseimo Ramirez has

---

moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Ramirez has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.